Logan V. Elia, #025009
**ROSE LAW GROUP PC**
7144 E. Stetson Dr., #300
Scottsdale, AZ 85251
Phone: 480.505.3936
Fax: 480.505.3925
Docket@roselawgroup.com
*LElia@RoseLawGroup.com*
*Attorneys for Plaintiff*

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FX PROMOTIONS, INC. dba ARIZONA BIKE WEEK, an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>HIDEAWAY LICENSING, LLC dba THE HIDEAWAY GRILL, an Arizona limited liability company; CAVE CREEK TAP HAUS, L.L.C. dba HIDEAWAYS ROADHOUSE, an Arizona limited liability company,<br><br>Defendants. | No. ____________________<br><br>**COMPLAINT** |

For its Complaint against defendants Hideaway Licensing LLC dba The Hideaway Grill (“Hideaway”) and Cave Creek Tap Haus, L.L.C. dba Hideaways Roadhouse (“Roadhouse”) (collectively, “Defendants”), plaintiff FX PROMOTIONS, INC. (“Arizona Bike Week”) alleges as follows:

## NATURE OF THE CASE

1. This is a civil action seeking monetary damages and injunctive relief for various acts of trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1051 *et seq.*

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1121 (trademark) and 28 U.S.C. § 1331 (federal question).

3. Venue in this District is proper under 28 U.S.C. §§ 1391(b). A substantial part of the acts of infringement complained of occurred in this District and the defendant is subject to personal jurisdiction in this District.

4. The Defendants' principal place of business is located in this District.

5. The Defendants engaged in acts of infringement within this District.

6. The Defendants engaged in acts of infringement within this District.

**THE PARTIES**

7. Plaintiff Arizona Bike Week is an Arizona business corporation with its principal place of business in Arizona. Arizona Bike Week is a citizen of Arizona.

8. Defendant Hideaway is an Arizona limited liability company with its principal place of business in Arizona.

9. Defendant Roadhouse is an Arizona limited liability company with its principal place of business in Arizona.

**GENERAL ALLEGATIONS**

9. Arizona Bike Week owns the federally registered mark "ARIZONA BIKE WEEK" for use in exhibitions in the nature of a festival for motorcycle enthusiasts; educational demonstrations; entertainment in the nature of fashion shows; entertainment, namely, a continuing show featuring motorcycles distributed over television, satellite, audio and video media; entertainment services, namely party planning. The mark is registered as serial number 78551591.

10. Arizona Bike Week owns the federally registered mark "ARIZONA BIKE WEEK" for use in clothing, namely shirts and hats. The mark is registered as serial number 78552526.

11. Arizona Bike Week owns the federally registered mark "ARIZONA BIKE WEEK" for use in exhibitions in the nature of a festival for motorcycle enthusiasts; educational demonstrations; entertainment in the nature of fashion shows; entertainment, namely, a continuing show featuring motorcycles distributed over television, satellite, audio and video media; entertainment services, namely party planning. The mark is registered as serial number 78555403.

12. Arizona Bike Week owns the federally registered mark "ARIZONA BIKE WEEK" for use in clothing, namely shirts and hats. The mark is registered as serial number 78555409.



Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

13. Arizona Bike Week registered the tradename "Arizona Bike Week" with the Arizona Secretary of State.

14. Arizona Bike Week promotes an annual motorcycle themed rally including an auction, concerts, vendors, and other recreational events.

15. Arizona Bike Week sells tickets for its annual rally, both to members of the public who wish to attend recreationally and also to vendors who wish to attend for commercial purposes.

16. Arizona Bike Week sells opportunities to officially sponsor or affiliate with Arizona Bike Week for marketing and other commercial purposes.

17. Defendant Hideaway operates a bar and restaurant known as "Hideaway Grill" in Cave Creek, Arizona

18. Defendant Roadhouse operates a bar and restaurant known as "Hideaways Roadhouse" or simply "Roadhouse" in Cave Creek, Arizona.

19. Defendants advertise jointly.

20. Defendants share common ownership and control.

21. Defendants are not affiliated in any way with Arizona Bike Week.

22. Defendants have no legal right to use the Arizona Bike Week mark in commerce.

23. Defendants are aware that Arizona Bike Week owns the mark "Arizona Bike Week". In January 2015, counsel for Arizona Bike Week spoke with Hideway and wrote to Hideaway regarding Hideaway's infringement of the Arizona Bike Week mark.

24. Without the consent of Arizona Bike Week, Defendants continue to use the Arizona Bike Week mark in commerce, in connection with advertising their businesses, in a manner that is likely to cause confusion, mistake, or to deceive.

25. Examples of the defendant's use of the Arizona Bike Week mark are attached hereto as **Exhibit "A"**.

26. Arizona Bike Week operates an official page on Facebook to promote its business, especially including its annual rally.

27. Non-party Kevin Price ("Price") is an employee of Roadhouse.

28. Price started working at Roadhouse on July 7, 2015.



Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

29. Price posted the advertisement attached as **Exhibit "B"** to Arizona Bike Week's Facebook page.

30. Price was an employee of Roadhouse when he posted the advertisement attached as Exhibit "B" to Arizona Bike Week's Facebook page.

31. Price was acting in the course and scope of his employment when he promoted Hideaway and Roadhouse by posting the advertisement attached as Exhibit "B" to Arizona Bike Week's Facebook page.

32. Non-party Mark Bradshaw ("Bradshaw") is the manager of Hideaway.

33. Bradshaw is a member of Roadhouse.

34. Bradshaw promoted Hideaway and Roadhouse by posting the advertisement attached as **Exhibit "C"** to his personal Facebook page.

35. Bradshaw was acting in the course and scope of his employment when he promoted Hideaway and Roadhouse by posting the advertisement attached as Exhibit "C" to his personal Facebook page.

**COUNT I**

**Trademark Infringement, 15 U.S.C. § 1125**

36. Arizona Bike Week incorporates herein by this reference each and every allegation set forth in this Complaint as though fully set forth below.

37. Arizona Bike Week did not give Defendants consent to use its common law trademarks.

38. Defendants' use of Arizona Bike Week common law trademarks is likely to cause confusion or to deceive and has caused confusion as to the source or origin of the services.

39. Defendants' use of Arizona Bike Week common law trademarks implies sponsorship or affiliation between Arizona Bike Week and Defendant.

40. Defendants' use of Arizona Bike Week common law trademarks is a misappropriation of the goodwill that Arizona Bike Week has accumulated in its trademarks.

41. Defendants have infringed upon Arizona Bike Week's common law trademarks through all of the acts previously alleged in this Complaint.

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

42. Arizona Bike Week has suffered damages as a result of Defendants' infringing activities in an amount to be proved at trial.

43. Arizona Bike Week is entitled to injunctive relief to prohibit Defendants from committing any further or additional infringement.

44. Arizona Bike Week is entitled to recover statutory damages and also general, special, consequential, and incidental damages, including but not limited to lost profits and cost of corrective advertising, and injunctive relief.

45. Defendants' acts were committed in bad faith entitling Arizona Bike Week to a recovery of treble damages and attorneys' fees.

**COUNT II**

**Trademark Infringement, 15 U.S.C. § 1114**

46. Arizona Bike Week incorporates herein by this reference each and every allegation set forth in this Complaint as though fully set forth below.

47. Arizona Bike Week did not give Defendants consent to use its registered trademarks. Defendants' use of Arizona Bike Week's registered trademarks is likely to cause confusion or to deceive and has caused confusion as to the source or origin of the services.

48. Defendants' use of Arizona Bike Week's registered trademarks implies sponsorship or affiliation between Arizona Bike Week and Defendants.

49. Defendants' use of Arizona Bike Week's registered trademarks is a misappropriation of the goodwill that Arizona Bike Week has accumulated in its trademarks.

50. Defendants have infringed upon Arizona Bike Week's registered trademarks through all of the acts previously alleged in this Complaint.

51. Arizona Bike Week has suffered damages as a result of Defendants' infringing activities in an amount to be proved at trial.

52. Arizona Bike Week is entitled to injunctive relief to prohibit Defendants from committing any further or additional infringement.

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

Rose Law Group pc
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251

53. Arizona Bike Week is entitled to recover statutory damages and also general, special, consequential, and incidental damages, including but not limited to lost profits and cost of corrective advertising, and injunctive relief.

54. Defendants' acts were committed in bad faith entitling Arizona Bike Week to a recovery of treble damages and attorneys' fees.

**WHEREFORE**, Arizona Bike Week requests that judgment be entered in its favor and against Defendants as follows:

1. For Arizona Bike Week's damages for trademark infringement pursuant to 15 U.S.C. §1117;
2. For injunctive relief pursuant to 15 U.S.C. §1116;
3. For Arizona Bike Week's costs in this action pursuant to 15 U.S.C. § 1117(a);
4. For Arizona Bike Week's reasonable attorneys' fees incurred pursuant 15 U.S.C. §1117; and
5. For such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 6th day of February, 2017.

**ROSE LAW GROUP pc**

/s/ Logan Elia
Logan Elia, Esq.
7144 E. Stetson Dr., #300
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*